**DINESOL BUILDING PRODUCTS, LTD., Plaintiff–Appellee,**

v.

**TAPCO INTERNATIONAL, INC. (formerly known as Tapco Products Company, Inc.) Defendant–Appellant.**

No. 06–1536.

United States Court of Appeals, Federal Circuit.

March 12, 2007.

Before LOURIE, GAJARSA, and LINN, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

**Robert D. VELEZ, II, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 06–3305.

United States Court of Appeals, Federal Circuit.

March 12, 2007.

Before LOURIE, GAJARSA, and LINN, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.